[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 378.]

[THE STATE EX REL.] CLARK, APPELLEE, *v.* DEVERY, ACTING ADMR.;

INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Clark v. Devery*, 1998-Ohio-392.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2316—Submitted May 26, 1998—Decided July 22, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD10-1526.

————————————

*Zwick Law Offices Co., L.P.A.,* and *James P. Proctor*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Craigg E. Gould*, Assistant Attorney General, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————————